IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ELEPHENIA THOMPKINS BROXSON,  )
                               )
              Plaintiff,        )
                               )
    v.                          )     CASE NO. 2:08-cv-582-WKW (WO)
                               )
CHRIS TURNER, *et al.*,         )
                               )
              Defendants.       )

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc.

# 6), and upon an independent review of the record, it is ORDERED that the

Recommendation is adopted and that this case is DISMISSED without any further

opportunity for amendment and prior to service of process for lack of subject matter

jurisdiction.

DONE this 3rd day of September, 2008.

             /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE